172 A.3d 1090

JOSHUA HAINES, PLAINTIFF–RESPONDENT, v. JACOB W. TAFT,
BONNIE L. TAFT, JOINTLY, SEVERALLY AND/OR IN THE
ALTERNATIVE, DEFENDANTS–PETITIONERS, AND JOHN
MCHENRY, DEFENDANT. TUWONA LITTLE, PLAINTIFF, v.
JAYNE NISHIMURA, DEFENDANT.

C–296 September Term 2017
079600

November 14, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–5503–14 and A–727–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted.